UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RESHUNN D. CHAMBERS,<br><br>    Plaintiff,<br><br>VS.<br><br>DALLAS COUNTY, ET AL.,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>3:10-CV-1480-G<br><br>**ECF** |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the magistrate judge are correct, and they are hereby accepted as the findings of the court.

**SO ORDERED**.

September 23, 2010.

                                                       _____
                                                       A. JOE FISH
                                                       **Senior United States District Judge**